IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIO JIMENEZ, ET AL.,

    Plaintiffs,

No. C 12-03927 JSW

v.

GOLDEN BEAR RESTAURANT CORPORATION, ET AL.,

**ORDER TO SHOW CAUSE**

    Defendants.

_____/

    By order dated August 7, 2012, this Court set the case management conference for November 2, 2012, and required personal appearances by counsel. On Friday, November 2, 2012, this Court held the initial case management conference in this matter. Counsel for Plaintiff did not appear.

    Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing as to why this case should not be dismissed for failure to prosecute and why the Court should not impose monetary sanctions in the amount of $500.00. Plaintiff's response to this Order to Show Cause shall be due by November 16, 2012.

    **IT IS SO ORDERED.**

Dated: November 5, 2012

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE