IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIO JIMENEZ, ET AL.,

    Plaintiffs,

v.

GOLDEN BEAR RESTAURANT CORPORATION, ET AL.,

    Defendants.

No. C 12-03927 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE AND REFERRING MATTER TO MAGISTRATE JUDGE FOR ALL PURPOSES**

By order dated August 7, 2012, this Court set the case management conference for November 2, 2012, and required personal appearances by counsel. On Friday, November 2, 2012, this Court held the initial case management conference in this matter and counsel for Plaintiff did not appear. Accordingly, Plaintiff was ordered to show cause in writing as to why this case should not be dismissed for failure to prosecute and why the Court should not impose monetary sanctions in the amount of $500.00. Plaintiff's response explained a faulty calendaring system. Plaintiff also filed a notice of consent and Defendants had already consented to a magistrate judge for all further proceedings.

///

///

///

Accordingly, the order to show cause is HEREBY DISCHARGED. Also, pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for all further proceedings.

**IT IS SO ORDERED.**

Dated: November 15, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Magistrate Referral Clerk